for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

EDNA LAYMAN, an Infant, by JAMES LAYMAN, Her Guardian ad Litem, Respondent, v. ALLEGI & LORING, INC., and Others, Defendants; THE MOUNT VERNON TRUST COMPANY, Appellant.— Motion to vacate stay denied, with leave to move in this court for a reargument of the appeal with respect to the effect of the decision in *Emigrant I. S. Bank* v. *Scott's Bridge Realty Co.* (264 N. Y. 1), decided February 27, 1934. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

JOHN P. MAGNER and J. P. MAGNER BATHS & POOL, INC., Appellants, v. JOSEPH KANDELL, Respondent. (Appeals Nos. 1 & 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

JOSEPH E. MARX COMPANY, INC., Appellant, v. ESTELLE HATTON and Others, Defendants; LOUIS A. CERF and DIJON CORPORATION, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

MOMCLAY, INC., Plaintiff, v. WILLIAM J. CAMPBELL and Others, Defendants. ELEANOR SIEGEL, Receiver, Appellant, v. THE MOUNT VERNON TRUST COMPANY, Depository, Respondent.— Motion to vacate stay denied, with leave to move in this court for a reargument of the appeal with respect to the effect of the decision in *Emigrant I. S. Bank* v. *Scott's Bridge Realty Co.* (264 N. Y. 1), decided February 27, 1934. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

JOHN O. NELSON, Appellant, v. HENRY M. CUMMINGS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE GIAMBRONE, Appellant.— The notice will be considered as an application made to a justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice Hagarty.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. TOMPKINS-KIEL MARBLE COMPANY, Respondent, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

PAULINE M. SCHAFFER, as Administratrix, etc., of MORRIS P. SCHAFFER, Deceased, Respondent, v. HARRY M. SCHAFFER, Appellant. HARRY M. SCHAFFER, Plaintiff, v. PAULINE M. SCHAFFER, as Administratrix, etc., of MORRIS P. SCHAFFER, Deceased, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

WALTER J. SMITH, Respondent, v. MERCANTILE INSURANCE COMPANY OF AMERICA, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

GERTRUDE SUSKIND, Respondent, v. SAMUEL TANNENBAUM, Appellant. (Action No. 2.) — Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.